# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JOSEPH NORMAN NOVOTNY, JR., § § Plaintiff, § § v. § § TRUIST BANK, § § Defendant. § § | CIVIL NO. 4:23-CV-00523-SDJ-AGD |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 11, 2025, the Magistrate Judge entered a Report, (Dkt. #18), recommending that Plaintiff Joseph Norman Novotny, Jr.'s claims against Defendant Truist Bank be dismissed with prejudice. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 30th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE